Form 200 – blanknotice

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.: 19−14037−RG
                Chapter: 13
                Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Emil R. Ciliezar
   aka Emil Roldan Ciliezar Castro
   22 Gates Avenue
   Jersey City, NJ 07305

Social Security No.:
   xxx−xx−0108

Employer's Tax I.D. No.:

      CORRECTION

PLEASE DISREGARD THE FIRST MEETING OF CREDITORS SCHEDULED FOR APRIL 9, 2019 AT 10:00 AM AND ALL DEADLINES ASSOCIATED WITH THE HEARING. THIS NOTICE WAS GENERATED IN ERROR

Dated: March 15, 2019
JAN: dlr

                                              Jeanne Naughton
                                              Clerk