Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−14037−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Emil R. Ciliezar
   aka Emil Roldan Ciliezar Castro
   22 Gates Avenue
   Jersey City, NJ 07305

Social Security No.:
   xxx−xx−0108

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 3/13/19 and a confirmation hearing on such Plan has been scheduled for 5/5/19.

The debtor filed a Modified Plan on 6/19/19 and a confirmation hearing on the Modified Plan is scheduled for 7/17/19 at 8:30 AM. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: June 19, 2019
JAN: wdh

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Emil R. Ciliezar  
      Debtor

Case No. 19-14037-RG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Jun 19, 2019  
                            Form ID: 186    Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 21, 2019.
```
db             +Emil R. Ciliezar,    22 Gates Avenue,    Jersey City, NJ 07305-4707
518308584      +Bayonne Medical Center,    29 E. 29th Street,    Bayonne, NJ 07002-4695
518053137      +Bayview Financial Loan Servcing, LLC,    Attn: Bankruptcy Dept,
                4425 Ponce De Leon Blvd. 5th Floor,    Coral Gables, FL 33146-1837
518053138      +Brenda Ciliezar,    22 Gates Avenue,    Jersey City, NJ 07305-4707
518308585      +New York EZ-Pass,    1150 South Avenue,    Staten Island, NY 10314-3404
518053139      +Schiller, Knapp, Lefkowitz & Hertzel,    30 Montgomery Street,    Suite 1205,
                Jersey City, NJ 07302-3835
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 20 2019 00:18:13     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 20 2019 00:18:09     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
518237451      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jun 20 2019 00:18:32
                Bayview Loan Servicing, LLC,    4425 Ponce de Leon Blvd, 5th Floor,
                Coral Gables, FL 33146-1837
518308586      +E-mail/Text: Jerry.Bogar@conduent.com Jun 20 2019 00:18:55     New Jersey EZ-Pass,
                375 Mcarter Highway,    Newark, NJ 07114-2562
                                                                                               TOTAL: 4
```

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 21, 2019                                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 19, 2019 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Eric  Horn    on behalf of Debtor Emil R. Ciliezar ehorn@vogelbachpc.com,
               g31738@notify.cincompass.com,
               lediazlaw@gmail.com;diazlr82343@notify.bestcase.com;ldiaz@vogelbachpc.com;horner82343@notify.best
               case.com
              Kevin Gordon McDonald    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Marie-Ann Greenberg     magecf@magtrustee.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 5
```