Form oresadoc – oresadocv27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 19−14037−RG
        Chapter: 13
        Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Emil R. Ciliezar
   aka Emil Roldan Ciliezar Castro
   22 Gates Avenue
   Jersey City, NJ 07305

Social Security No.:
   xxx−xx−0108

Employer's Tax I.D. No.:

**ORDER RESPECTING
AMENDMENT TO SCHEDULE D, E/F, G OR H
OR LIST OF CREDITORS**

    The Court having noted that the debtor filed an Amendment to Schedule List of Creditors on or to the List of Creditors on 6/19/19 , and for good cause shown, it is

    ORDERED that the debtor must provide notice of the Amendment to the creditor(s) or party(ies) being deleted, added or modified and to the trustee in the case, if any, not later than 7 days after the date of this Order.

    It is further ORDERED that the debtor(s) must serve on added creditors or parties, not later than 7 days after the date of this Order, the following:

    1.   A copy of the applicable Notice of Chapter 13 Bankruptcy Case, and

    2.   In a Chapter 11 case:

       a)   a copy of the last modified plan and disclosure statement, if any, and

       b)   a copy of any order approving the adequacy of the disclosure statement
       and/or the scheduling of the plan for confirmation.

    3.   In a Chapter 12 or Chapter 13 case:

       a)   a copy of the Notice of Hearing on Confirmation of Plan, if any, and

       b)   a copy of the last modified plan that has been filed in the case.

    It is further ORDERED that not later than 7 days after the date of this Order, the debtor(s) must file the Local Form, Certification of Service, certifying compliance with the above requirements.

    It is further ORDERED that the added creditors or parties have

    1.   until the original deadline, if any, fixed by the court to file a complaint to object to
    the debtor's discharge or dischargeability of certain debts, or sixty 60 days from the date of this Order,
    whichever is later;

2.   until the original deadline, if any, fixed by the Court to file a proof of claim or required supplement, or sixty 60 days from the date of this Order, whichever is later;

3.   until the original deadline fixed by the Court to object to exemptions, or thirty 30 days from the date of this Order, whichever is later.

Dated: June 19, 2019
JAN: wdh

<u>Rosemary Gambardella</u>
United States Bankruptcy Judge

United States Bankruptcy Court
District of New Jersey

In re:  
Emil R. Ciliezar  
    Debtor

Case No. 19-14037-RG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1      Date Rcvd: Jun 19, 2019  
                       Form ID: oresadoc      Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 21, 2019.
db              +Emil R. Ciliezar,    22 Gates Avenue,    Jersey City, NJ 07305-4707

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 20 2019 00:18:09      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 21, 2019                        Signature: __/s/Joseph Speetjens__

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 19, 2019 at the address(es) listed below:
         Denise E. Carlon    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
                Liability Company dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
         Eric   Horn    on behalf of Debtor Emil R. Ciliezar ehorn@vogelbachpc.com,
                g31738@notify.cincompass.com,
                lediazlaw@gmail.com;diazlr82343@notify.bestcase.com;ldiaz@vogelbachpc.com;horner82343@notify.best
                case.com
         Kevin Gordon McDonald    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
                Liability Company kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
         Marie-Ann  Greenberg     magecf@magtrustee.com
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 5