**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
**Marie-Ann Greenberg MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

EMIL R. CILIEZAR

**Case No.:  19-14037**

**Adv. No.:**

**Hearing Date:  10/16/2019**

**Judge:  RG**

## CERTIFICATION OF SERVICE

1. I, Jessica Antoine, am a Paralegal for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On, 09/16/2019, I sent a copy of the following pleadings and/or documents to the parties listed below:

**Notice of Motion to Dismiss**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Debtor:
EMIL R. CILIEZAR
22 GATES AVENUE
JERSEY CITY, NJ  07305
Mode of Service:  Regular Mail

Attorney for Debtor(s):
ERIC HORN
VOGEL BACH & HORN, LLP
2 UNIVERSITY PLAZA, SUITE 100
HACKENSACK, NJ  07601
Mode of Service:  Regular Mail

Dated:  September 16, 2019

By:   /S/  Jessica Antoine
Jessica Antoine