**Karina Pia Lucid, Esq., LLC**
3640 Valley Road, Suite 2-A, PO Box 230
Liberty Corner, New Jersey 07938-0230
Tel:   (908) 350-7505
Fax:   (908) 350-4505
*Attorney for Debtor(s), Emil R. Ciliezar*

In re:

Emil R. Ciliezar
22 Gates Ave
Jersey City, NJ 07305

Debtor(s).

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEW JERSEY

Honorable Rosemary Gambardella

Chapter 13

Case No.  19-14037

The undersigned hereby consents to the substitution of Karina Pia Lucid in the above-captioned action.

Signed,

_____
Karina Pia Lucid, Esq.
Superseding Attorney

_____
Erin Horn, Esq.
Withdrawing Attorney

_____
Debtor, Emil R. Ciliezar
Date: 9/18/2019

***Karina Pia Lucid, Esq., LLC***
3640 Valley Road, Suite 2-A, PO Box 230
Liberty Corner, New Jersey 07938-0230
Tel:    (908) 350-7505
Fax:    (908) 350-4505
*Attorney for Debtor(s), Emil R. Ciliezar*

| | |
|---|---|
| In re:<br><br>Emil R. Ciliezar<br>22 Gates Ave<br>Jersey City, NJ 07305<br><br>Debtor(s). | UNITED STATES BANKRUPTCY COURT<br><br>FOR THE DISTRICT OF NEW JERSEY<br><br><br>Honorable Rosemary Gambardella<br><br>Chapter 13<br><br>Case No.  19-14037 |

  The undersigned hereby consents to the substitution of Karina Pia Lucid in the above-captioned action.

  Signed,

| | |
|---|---|
| /s/ Karina Pia Lucid | |
| Karina Pia Lucid, Esq. | Erin Horn, Esq. |
| Superseding Attorney | Withdrawing Attorney |

_____
Debtor, Emil R. Ciliezar

Date:  10/8/19

***Karina Pia Lucid, Esq., LLC***
3640 Valley Road, Suite 2-A, PO Box 230
Liberty Corner, New Jersey 07938-0230
Tel:   (908) 350-7505
Fax:   (908) 350-4505
*Attorney for Debtor(s), Emil R. Ciliezar*

| In re:<br><br>Emil R. Ciliezar<br>22 Gates Ave<br>Jersey City, NJ 07305<br><br>Debtor(s). | UNITED STATES BANKRUPTCY COURT<br><br>FOR THE DISTRICT OF NEW JERSEY<br><br><br>Honorable Rosemary Gambardella<br><br>Chapter 13<br><br>Case No.  19-14037 |
|---|---|

The undersigned hereby consents to the substitution of Karina Pia Lucid in the above-captioned action.

Signed,

_____                    _____
Karina Pia Lucid, Esq.                                              Eric Horn, Esq.
Superseding Attorney                                              Withdrawing Attorney


_____
Debtor, Emil R. Ciliezar

Date: