KARINA PIA LUCID
KARINA PIA LUCID, ESQ., LLC
PO BOX 230
3640 VALLEY ROAD, SUITE 2A
LIBERTY CORNER, NJ  07938

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2020
Chapter 13 Case # 19-14037

| Re: | EMIL R. CILIEZAR | Atty: | KARINA PIA LUCID |
| --- | --- | --- | --- |
|  | 22 GATES AVENUE |  | KARINA PIA LUCID, ESQ., LLC |
|  | JERSEY CITY, NJ 07305 |  | PO BOX 230 |
|  |  |  | 3640 VALLEY ROAD, SUITE 2A |
|  |  |  | LIBERTY CORNER, NJ 07938 |

## RECEIPTS AS OF 01/15/2020      (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
| --- | --- | --- | --- | --- | --- |
| 05/03/2019 | $120.40 | 5833022000 | 05/09/2019 | $60.20 | 5850047000 |
| 06/20/2019 | $60.20 | 5951172000 | 10/22/2019 | $3,099.44 | 834688787 |
| 01/15/2020 | $2,324.58 | 6485144000 |  |  |  |

**Total Receipts: $5,664.82  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $5,664.82**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2020      (Please Read Across)

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
| --- | --- | --- | --- | --- | --- | --- |
| TTE | TRUSTEE COMPENSATION | ADMIN |  |  | 291.69 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 1,850.00 | 100.00% | 1,850.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | BAYVIEW LOAN SERVICING, LLC | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | BAYONNE MEDICAL CENTER | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0003 | E-Z PASS NEW YORK | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0004 | EZ PASS | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |

**Total Paid: $2,141.69**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 17, 2020.

Receipts: $5,664.82   -   Paid to Claims: $0.00   -   Admin Costs Paid: $2,141.69   =   Funds on Hand: $3,523.13

**NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.