---

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

KARINA PIA LUCID, ESQ., LLC
3640 Valley Road, Suite 2-A
PO Box 230
Liberty Corner, New Jersey 07938-0230
Tel:    (908) 350-7505
Email: klucid@karinalucidlaw.com
Karina Pia Lucid, Esq.
*Counsel for the debtor, Emil Ciliezar*

---

In Re:

    Emil Ciliezar

Case No.:        _19-14037_____

Chapter:        ___13_____

Hearing Date:  _____

Judge:          ___RG_____

---

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled            ☒ Withdrawn

Matter: ___Motion for Approval of Loss Mitigation __# 46_____

_____

Date: __2/4/20_____        _/s/ Karina Pia Lucid_____
                                                                        Signature

*rev.8/1/15*