| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** |
| Marie-Ann Greenberg, MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee |
| IN RE:<br><br>    EMIL R. CILIEZAR |

Order Filed on February 6, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:  19-14037 RG

Hearing Date:  2/5/2020

# ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: February 6, 2020**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Debtor(s):  EMIL R. CILIEZAR

Case No.:  19-14037

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 02/05/2020 on notice to KARINA PIA LUCID, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must file an amended Schedule I and J by 2/19/2020 or the case will be dismissed; and it is further

- ORDERED, that if the Court's Docket does not reflect that Amended Schedules have been filed by the above referenced date, the instant Case shall be Dismissed without further Notice to Debtor or Debtor's Attorney; and it is further

- ORDERED, that the Debtor(s) must file a modified plan to extend the plan length and cure mortgage arrears through the Chapter 13 plan by 2/19/2020; and it is further

- ORDERED, that if the Court's Docket does not reflect a modified plan has been filed by the above referenced date, the instant Case shall be Dismissed without further Notice to Debtor or Debtor's Attorney.