Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.:  19−14037−RG
        Chapter:  13
        Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Emil R. Ciliezar
   aka Emil Roldan Ciliezar Castro
   22 Gates Avenue
   Jersey City, NJ 07305

Social Security No.:
   xxx−xx−0108

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 2/21/20.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: February 24, 2020
JAN: rah

                Jeanne Naughton
                Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 19-14037-RG
Emil R. Ciliezar                                                        Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin               Page 1 of 1           Date Rcvd: Feb 24, 2020
                              Form ID: 148              Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 26, 2020.
db            +Emil R. Ciliezar,    22 Gates Avenue,    Jersey City, NJ 07305-4707
518308584     +Bayonne Medical Center,    29 E. 29th Street,    Bayonne, NJ 07002-4695
518053137     +Bayview Financial Loan Servcing, LLC,    Attn: Bankruptcy Dept,
                4425 Ponce De Leon Blvd. 5th Floor,    Coral Gables, FL 33146-1873
518053138     +Brenda Ciliezar,    22 Gates Avenue,    Jersey City, NJ 07305-4707
518308585     +New York EZ-Pass,    1150 South Avenue,    Staten Island, NY 10314-3404
518053139     +Schiller, Knapp, Lefkowitz & Hertzel,    30 Montgomery Street,    Suite 1205,
                Jersey City, NJ 07302-3835

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Feb 25 2020 00:26:08      U.S. Attorney,    970 Broad St.,
                Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 25 2020 00:26:03      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
518237451     +E-mail/Text: bkmailbayview@bayviewloanservicing.com Feb 25 2020 00:26:31
                Bayview Loan Servicing, LLC,    4425 Ponce de Leon Blvd, 5th Floor,
                Coral Gables, FL 33146-1873
518308586     +E-mail/Text: Jerry.Bogar@conduent.com Feb 25 2020 00:27:06      New Jersey EZ-Pass,
                375 Mcarter Highway,    Newark, NJ 07114-2562
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 24, 2020 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Karina Pia Lucid    on behalf of Debtor Emil R. Ciliezar klucid@karinalucidlaw.com,
               R43327@notify.bestcase.com;admin@karinalucidlaw.com
              Kevin Gordon McDonald    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 5